United States District Court
Middle District of Florida
Ocala Division

MOHAMED SADDIQ ODEH,
    Petitioner
v.
  WARDEN, FCC COLEMAN-USP I,
    Respondent

Motion to issue Stay Pending Process of Payment":

Comes now, Mohamed S. Odeh (Pentitioner Proceeding Pro Se), hereby request that this Court issue a "Stay as to the above captioned case. Support for this request is as follow:

① Petitioner submitted a "BP-199" form authrizing "5"$ to be deducted from his inmate Trust Fund Account for purpose of court filling fee in this in this case.

② As of the filling of this motion the aforementioned →

takes several weeks.

### Conclusion

Based on the foregoing, petitioner requests that this court issue a "stay pending process of payment".

### Certificate of service

I hereby certify that a true and correct copy of the foregoing was sent via legal mail procedures to the office of the U.S. Attorney.

I further certify under penalty of perjury that the forgoing is true and accurate.

Date: 10/19/23
Name: ODEH, MOHAMED S., 42375-054
Signature: