(10/12/23)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
300 NORTH HOGAN STREET, SUITE (9-150)
JACKSONVILE, FLORIDA (32202-4271).

I recieved your letter only last (Oct.10),
I sent my request to the "Trust Fund" in the
prison in (coleman) this (Oct.12), with the address
of the court on it, to be proccessed, then to
be sent to the court the required fee (5)$.
So, if incase of any delay, that will be something
I don't control, but the Trust Fund. And the
court have the ability to call them and confirm
the information I'm sending to the court, is totaly
accurate. Thanks a lot for understanding Odth, M.